## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA   DIVISION

IN RE:
**John R. Martin**          CASE NO.: **8:19-bk-01782-MGW**
Debtor(s).
_____/

## MOTION FOR WITHDRAWAL OF COUNSEL

> NOTICE OF OPPORTUNITY TO OBJECT AND
> REQUEST FOR HEARING
> Pursuant to Local Rule 2002-4, and 2091-2 the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within **14** days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 NORTH FLORIDA AVENUE, TAMPA, FL 33602 and serve a copy on the movant's attorney, **CAROL A. LAWSON, ESQ., PO BOX 2381 DUNEDIN FL 34697,** and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Carol A. Lawson, Esq., pursuant to **Local Rule 2091-2,** *Fla. R. Jud. Admin*. 2.505(f)(1) and Rules of Professional Conduct, Rule 4-1.16(b)(3), files this Motion for Withdrawal of Counsel on behalf of the Debtor, **John R. Martin**, in the above styled cause and in support thereof, the undersigned states that:

1. Client and counsel have had irreconcilable differences in this matter.

2. Client's retainer agreement was for specific ala carte services only, and for a reduced rate.
3. Retainer specifically did not include trustee actions, amendments, hearings in front of court…

WHEREFORE, the undersigned attorney requests that this Honorable Court grant this Motion to Withdraw as counsel and allow the undersigned and Carol A. Lawson, Esq. to withdraw from further representation of the Debtor, **John R. Martin**, and for such other and further relief deemed just and proper.

Respectfully Submitted:

           '    /s/Carol A. Lawson
               CAROL A. LAWSON, ESQUIRE
               FBN: 0132675
               PO Box 2381
               Dunedin, FL 34697
               (727) 410-2705
               calh@gate.net

### CERTIFICATE OF SERVICE:

I hereby certify that on March  9, 2019,  the foregoing document, along with the 341 notice were mailed by first class U.S. mail, postage prepaid and properly addressed, or electronic service to the following:

**John R Martin**
2770 Onizuka Ct
Palm Harbor, FL 34683

**Dawn A Carapella**, Trustee
P.O. Box 67
Valrico, FL 33595-0067

**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

And attached matrix.

                       /s/Carol A. Lawson